# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR18

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>)<br>JACK VINSON )<br>) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte* to reconsider the motion of Defendant's court-appointed counsel to withdraw.

For the reasons stated in the motion, and Defendant's retained counsel having filed a notice of appearance herein,

**IT IS, THEREFORE, ORDERED** that the that the motion of Defendant's counsel, Walter E. Daniels, III, to withdraw is **ALLOWED**, and Mr. Daniels is hereby relieved of further responsibility for the representation of the Defendant herein.

2

Signed: June 5, 2007

Lacy H. Thornburg
United States District Judge