# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:07CV10
## (2:06CR18)

| | |
|---|---|
| JACK VINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | <u>O R D E R</u> |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's application for a certificate of appealability.

An appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a circuit justice or judge issues a certificate of appealability. **28 U.S.C. § 2253(c)(1)(B).**

**IT IS, THEREFORE, ORDERED** that the Petitioner's application for a certificate of appealability is hereby **DENIED**.

2

Signed: June 18, 2007

Lacy H. Thornburg
United States District Judge